**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1-26-cv-05296-NYW-STV

**AARON HILDEBRAND,**

Plaintiff,

v.

**ONEFLIGHT INTERNATIONAL, INC., a Colorado corporation; FERREN RAJPUT, an individual; MARK DISMUKE, an individual**

Defendants.

---

**DISCLOSURE STATEMENT**

---

Plaintiff, Aaron Hildebrand, by and through his attorneys, IRELAND STAPLETON PRYOR & PASCOE, PC, submits the following Disclosure Statement pursuant to Fed.R.Civ.P. 7.1(a)(2):

1. Plaintiff, Aaron Hildebrand, is a resident and citizen of the State of New York.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Benjamin J. Larson*

Kelley B. Duke
Benjamin J. Larson
IRELAND STAPLETON PRYOR & PASCOE, PC
1660 Lincoln Street, Suite 3000
Denver, Colorado 80264
Telephone: (303) 623-2700
kduke@irelandstapleton.com
blarson@irelandstapleton.com
**ATTORNEYS FOR PLAINTIFF**